# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL MOTORSPORT GROUP, INC., et al.,[1] | ) | Case No. 08-10192 (___) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**DECLARATION OF T. SCOTT AVILA IN SUPPORT OF DEBTORS'
MOTION PURSUANT TO BANKRUPTCY CODE §363 FOR AN
ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
CRG PARTNERS GROUP LLC TO PERFORM RESTRUCTURING SERVICES
FOR THE DEBTORS AND OF SCOT AVILA AS CHIEF RESTRUCTURING
OFFICER OF THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE**

I, T. Scott Avila, declare as follows:

1. I make this declaration in support of the application (the "Application") for an order authorizing the captioned debtors and debtors in possession (the "Debtors" or the "Company") to employ and retain CRG Partners Group LLC ("CRG" or the "Firm") to perform restructuring services to the Debtors and to employ and retain me as Chief Restructuring Officer ("CRO") of the Debtors, *nunc pro tunc* to the date of filing of the petitions. Unless otherwise noted, capitalized terms used in this Declaration have the meanings ascribed in the Application.

2. I am a Managing Partner of the Firm. The name, address, telephone number, and facsimile number of the Firm is:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Global Motorsport Group, Inc. (6138); Custom Chrome Manufacturing, Inc., dba Santee Industries (2016); Custom Chrome Europe, Ltd. (8828); and Custom Chrome Far East, Ltd. (8827). The address for all Debtors is 16100 Jacqueline Ct., Morgan Hill, CA 95037.

CRG Partners Group LLC
11835 W. Olympic Blvd.
Suite 705E
Los Angeles, CA 90064
Telephone: 310 753-1324
Fax (310) 919-3751

3. CRG is a consulting firm that specializes in, among other things, interim and wind-down management, turnaround, crisis management and financial restructuring in chapter 11 cases.

4. CRG will assist and advise the Company, with respect to managing the process leading to a possible refinancing, restructuring or modification of any or all of the Company's existing debt, other obligations or equity (the "Restructuring"). In this regard, I will be employed and retained on a full-time basis as CRO of the Company. CRG will provide restructuring services as requested by the Debtors and described in the Engagement Letter, including, but not limited to the following:

- Assistance with the sale of substantially all of the Debtors' assets for the benefit of economic stakeholders;

- Assistance in the prosecution of the Debtors chapter 11 cases, including developing business plans and cash flow forecasts;

- Assistance in the potential development, proposal, negotiation and confirmation of any plan of reorganization;

- Assistance in the development and execution of plans to dispose of any non-core assets;

- Assistance in the preparation of reports, and communications with the Company's lender and constituencies;

- Developing and implementing various strategic alternatives as approved by the Company's Board of Directors;

2

- Assistance in the day-to-day management of the operations of the Debtors' business; and

- Assisting with such other matters as may be requested that fall within our expertise and that are mutually agreeable with the Board of Directors.

5. To address and handle the above responsibilities on behalf of the Debtors, I will be assisted by certain from CRG pursuant to the terms of the above referenced agreement. I and certain other CRG professionals will serve at the direction of the Board.

6. During the period ninety days prior to the Petition Date, CRG's fees and expenses relating to services rendered by CRG to the Debtors were approximately $ 806,252.43. The Debtors have satisfied all those fees and expenses through regular payments of CRG's invoices, and CRG does not have a pre-petition claim against the Debtors.

7. As of the Petition Date, CRG held a retainer from the Debtors in the amount of $50,000, which were paid by the Debtors pursuant to the Engagement Letter. If the retainer is unused as of the Petition Date, the retainer will be applied against unpaid invoices at the completion of the engagement or returned to the Debtors.

8. The Firm has undertaken a thorough review of its computerized database that contains the names of clients and other parties of interest with respect to certain matters. The Firm has, or will, run the following parties through its conflicts system: (a) the Debtors; (b) the Debtors current officers and directors; (c) the Debtors secured lender; and (d) the Debtors thirty-five largest unsecured creditors. The Firm's investigation has not revealed any actual or potential conflicts of interest with respect to the Firm's proposed representation of the Debtors, except as described herein.

9. CRG and certain of its shareholders, counsel and associates may have in the past represented, may currently represent and likely in the future will represent creditors of the Debtors in connection with matters unrelated to the Debtors and these cases. The Firm is not a creditor, equity security holder or an insider of the Debtors.

10. Neither the Firm, nor any employee of the Firm, is or was, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors, or consultant to the Debtors, except that CRG was retained to provide advisory services to the Debtors in late May, 2007. Neither CRG nor I were involved in voting on the decision to employ and retain CRG or myself.[2]

11. Neither the Firm, nor any employee of the Firm has an interest materially adverse to the interests of the Debtors, their estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

12. To the best of my knowledge, except as disclosed herein, CRG has no connections with the Debtors, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any insider of the Debtors.

13. CRG has represented, and will in the future represent, many different clients with various business interests in numerous industries. These clients are often referred to CRG by intermediaries such as lawyers, investment bankers, lenders and accountants ("Referral

---

[2] As stated in the Application, I served as the Chief Restructuring Officer of GMG from July 25, 2005 through December 31, 2005.

4

Sources"). To the extent necessary, CRG agrees to update the disclosure information from time to time if and when additional parties with an interest in or a relationship with the Company are identified by the Company, in writing, to CRG.

14. The Debtors propose to pay the Firm compensation on the terms as set forth in the Engagement Letter and summarized in the Application and to reimburse the Firm for out-of-pocket expenses according to the terms of the Engagement Letter and in accordance with the Application.

15. I am not related or connected to, and, to the best of my knowledge, no other employee of CRG is related or connected to any United States Bankruptcy Judge or District Judge for the District of Delaware or the United States Trustee for the district of Delaware or to any employee in the offices thereof.

16. In performing these services, CRG will bill the Debtors as set forth in the Engagement Agreement attached to the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31ST day of January, 2008.

_____
T. Scott Avila
Managing Partner