IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL MOTORSPORT GROUP, INC., et al.,[1] | ) | Case No. 08-10192 (___) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 363 FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF CRG PARTNERS GROUP LLC. TO PROVIDE RESTRUCTURING SERVICES TO THE DEBTORS AND OF T. SCOTT AVILA AS CHIEF RESTRUCTURING OFFICER OF THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE

Upon consideration of the motion (the "Motion")[2] of the Debtors, in the above-captioned cases, seeking entry of an order, pursuant to section 363 of the Bankruptcy Code, authorizing the employment of CRG to provide interim management to the Debtors; and the Court having reviewed the Motion, the Declaration of T. Scott Avila filed in support thereof; and the Court being satisfied based on the representations made in the Motion and in the Avila Declaration that neither CRG or Mr. Avila represents an interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that their employment is necessary and would be in the best interests of the Debtors' estates, and after due deliberation and sufficient cause appearing therefor, it is

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Global Motorsport Group, Inc. (6138); Custom Chrome Manufacturing, Inc., dba Santee Industries (2016); Custom Chrome Europe, Ltd. (8828); and Custom Chrome Far East, Ltd. (8827). The address for all Debtors is 16100 Jacqueline Ct., Morgan Hill, CA 95037.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED that the Motion is granted; and it is further

ORDERED that, in accordance with section 363 of the Bankruptcy Code, the Debtors are authorized to employ and retain CRG Partner Group LLC ("CRG") to perform restructuring services to the Debtors, and T. Scott Avila on a full-time basis as CRO of the Debtors, *nunc pro tunc* to the Petition Date, on the terms set forth in the Application and the Engagement Letter and the Avila Declaration attached thereto; and it is further

ORDERED, that the indemnification provisions in the Engagement Letter are approved; and it is further

ORDERED, that the payments contemplated in the Engagement Letter are hereby approved and may be made by the Debtors without any further order from this Court, *provided however*, that CRG shall file quarterly statements of its fees and expenses as provided in the Motion and parties in interest shall have the right to object to fees paid when quarterly reports of compensation earned are filed with the Court, *provided further* that any such objection shall be filed within twenty (20) days of the filing of the quarterly report; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2008

_____
United States Bankruptcy Judge

2

68700-001\DOCS_DE:133615.2